## GARRETT B. GRAY v. SAGINAW CIRCUIT JUDGE.

*Motions to amend judgment—Laches.*

Mandamus to compel the amendment of a judgment for the defendant in replevin so as to require return of the property, was denied where the application was not made until several terms of court after execution had been satisfied, nor until a new judge was elected.

MANDAMUS to compel respondent to amend a judgment in replevin so as to require the return of the property to relator, who was the defendant in the action and who prevailed therein. The action was originally brought in justice's court to obtain possession of a mare held by relator and the mare was taken on the writ, and the plaintiff had judgment. On appeal this judgment was reversed, but the judgment then entered for defendant did not order the return of the mare. More than a year later, and after five terms of court had intervened and another judge had come into office, relator moved for the amendment of the judgment by the addition of an order for the return of the property. The motion was granted, as for the correction of a clerical error, but the order was afterward set aside, and on a re-argument the application was denied. Relator then proceeded by mandamus. Submitted and denied June 16.

*O. F. Wisner* for the writ.

*Albert Trask* against.

PER CURIAM. If the relator originally had any right to this remedy, which we do not determine, we are satisfied that by means of the delay and the proceeding on the execution he has waived it.

Writ must be dismissed with costs.